### SPIVEY et al. v. MILLER et al.

GILBERT, J. The exception in this case is to the refusal of the court to grant a temporary injunction. Under the pleadings and the evidence the court did not err in refusing to grant a temporary injunction.      *Judgment affirmed. All the Justices concur.*

No. 3572. APRIL 12, 1923.

Petition for injunction. Before Judge Graham. Treutlen superior court. October 14, 1922.

*S. W. Sturgis,* for plaintiffs.

*Saffold & Stallings,* for defendants.

---

### DUBOSE v. DUBOSE.

GILBERT, J. The exception in this case is to a judgment awarding permanent alimony. The judgment was rendered on November 22, 1922, during the October term of the superior court, which convened on October 30, 1922, and finally adjourned for the term on November 27, 1922. The bill of exceptions was tendered to the judge and certified by him on January 1, 1923. The bill of exceptions not having been tendered to the judge within the time required by law, as provided in the Civil Code (1910), § 6152, the motion to dismiss the writ of error must be sustained. *Writ of error dismissed. All the Justices concur.*

No. 3576. APRIL 12, 1923.

Divorce and alimony. Before Judge Meldrim. Chatham superior court. November 2, 1922.

*John R. Cooper* and *W. O. Cooper, Jr.,* for plaintiff in error.

*Anderson, Cann & Cann,* contra.